[No. 5594-1. Division One. November 13, 1978.]

CHARLES W. LEWIS, *Respondent*, v. ITT CONTINENTAL BAKING COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 790521, David C. Hunter, J., entered April 19, 1977. *Reversed* by unpublished opinion per Roe, J., concurred in by Farris, C.J., Williams, J., dissenting.

[No. 5718-1. Division One. November 13, 1978.]

MAGIC REALTY, INC., *Appellant*, v. ALLEN TOWNSLEY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 813714, F. A. Walterskirchen, J. Pro Tem., entered May 25, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by James and Ringold, JJ.

[No. 5861-1. Division One. November 13, 1978.]

*In the Matter of the Marriage of* SRINIVAS RAM PRASAD, *Appellant, and* MEENAKSHI SHARMA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-39176, Janice Niemi, J., entered July 20, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Dore, J.